FILED
MAY - 8 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J. OLIVER, <br><br> Plaintiff, <br><br> vs. <br><br> FUNAFFORDABLEEATZ, INC., doing business as McDonald's 7791; and SUZANNE CHERI ABEL, <br><br> Defendants. | CASE NO. 12-cv-687 – BEN (BGS) <br><br> GRANTING MOTION TO AMEND <br><br> [Doc. No. 4] |

This is an action under Title III of the Americans with Disabilities Act and related California statutes. Plaintiff A.J. Oliver seeks to recover for alleged barriers he encountered when visiting a McDonald's restaurant (#7791) located at 725 E Street, Chula Vista, CA 91910.

Presently before the Court is Plaintiff's unopposed motion to amend the complaint. Plaintiff initially named Suzanne Cheri Abel, who owns the property upon which the McDonald's restaurant is located, as a defendant. After the case was filed, McDonald's Corporation allegedly asked to be named as a defendant instead of Ms. Abel. The purpose of the present amendment is to substitute McDonald's Corporation as a defendant instead of Ms. Abel. There does not appear to be any undue delay or prejudice to any other party. Accordingly, GOOD CAUSE appearing, the motion to amend is **GRANTED**. *See* FED. R. CIV. P. 15(a)(2); *Forman v. Davis*, 371 U.S. 178, 182 (1962).

The Clerk of Court shall file Plaintiff's Second Amended Complaint, which is attached as Exhibit A to Plaintiff's motion to amend. [*See* Doc. No. 4-2.]

**IT IS SO ORDERED.**

Dated: May __7__, 2012

Honorable Roger T. Benitez
United States District Judge